**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | | |
|---|---|---|
| SKF USA INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 3:09-cv-05693-BHS |
| | : | |
| | : | |
| CIRCUIT BREAKERS PLUS and MICHAEL R. CALKINS (an individual) | : | |
| | : | |
| | : | |
| Defendants. | : | |

**STIPULATED ORDER FOR PERMANENT INJUNCTION**

Upon the Stipulation of Plaintiff SKF USA Inc. ("SKF") and Defendants Circuit Breakers Plus and Michael R. Calkins (an individual) (collectively "Defendants"):

IT IS HEREBY ORDERED that Defendants, its officers, directors, employees, agents, servants, representatives, and in-house attorneys, and those persons in active concert or participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from manufacturing, distributing, advertising, promoting, or selling bearings or related parts and materials that use any marks or names that simulate or infringe upon Plaintiff's SKF® Trademarks or any other counterfeits, copies or comparable imitations thereof.

IT IS SO STIPULATED this _____ day of June, 2010.

_____          _____
Kenneth R. Davis, II                                    Roderick L.L. Mackenzie
LANE POWELL PC                                  1107 2nd Street, Suite 330
601 SW Second Avenue, Suite 2100    Sacramento, CA   95814
Portland, OR   97204-3158                    (916) 448-6436
(503) 778-2121

*Attorneys for Plaintiff*                              *Attorney for Defendants*
*SKF USA Inc.*

Paul J. Kennedy
J. Anthony Lovensheimer
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA   19103-2799
(215)  981-4000

*Of Counsel*


IT IS SO ORDERED this 7th day of June, 2010.


_____
BENJAMIN H. SETTLE
United States District Judge